IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RANDALL GALLOWAY

v.                                                                    Civil No. 1:23cv127-HSO

UNITED STATES OF AMERICA

AND

UNITED STATES OF AMERICA

v.                                                                    Criminal No. 1:18cr108-HSO-JCG-1

RANDALL GALLOWAY

## FINAL JUDGMENT OF DISMISSAL

**BEFORE THE COURT** is Defendant Randall Galloway's Motion [55] to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255.  For the reasons given in the Order denying Defendant's Motion [55] to Vacate, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58. Accordingly,

**IT IS, HEREBY ORDERED AND ADJUDGED** that, this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 25th day of May, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE